## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALLEY FORGE INSURANCE ) <br> COMPANY, ET AL., ) <br>     Plaintiff(s) ) <br> ) <br> v. ) <br> ) <br> THE CARSON CENTER FOR HUMAN ) <br> SERVICES, INC., ET AL., ) <br>     Defendant(s) ) | CIVIL ACTION NO. 3:09-cv-30038 -MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiffs Valley Forge Insurance Company, et al., against the defendants The Carson Center for Human Services, Inc., et al., pursuant to the court's memorandum and order entered this date, granting the plaintiff's motion for summary judgment.

                                              **SARAH A. THORNTON**, <br>
                                              CLERK OF COURT

Dated: February 28, 2011            By /s/ *Maurice G. Lindsay* <br>
                                                  Maurice G. Lindsay <br>
                                                  Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                    [jgm.]